Max Sanchez "PRO SE"
4632 E Princeton Ave
Fresno, CA 93703
Phone # (559) 394-6963

FILED

JAN 05 2015

CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Max Sanchez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Association, LLC,<br><br>　　　　Defendant. | Case No. 1:14-CV-01978---SAB<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plainitff, Max Sanchez, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, Max Sanchez and the Defendant in this cause of action. The parties have reached a settlement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

_/s/ Max Sanchez_
Max Sanchez

Attachment 1 of 2

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing was sent to the below named party by first class USPS mail.

Jeffrey Topor
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104

Dated: January 5, 2015

Max Sanchez