# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX SANCHEZ, | Case No.  1:14-cv-01978---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | THIRTY DAY DEADLINE |
| PORTFOLIO RECOVERY ASSOCIATION, | |
| Defendant. | |

On January 5, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1.    All pending matters and dates are VACATED; and

2.    The parties shall file dispositional documents within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 8, 2015**

UNITED STATES MAGISTRATE JUDGE

1