1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

12

MAX SANCHEZ,                                    Case No.     1:14-cv-01978-AWI-SAB

13

          Plaintiff,                            **ORDER DISMISSING ACTION PURSUANT**

14                                              **TO FEDERAL RULE OF CIVIL**

          vs.                                   **PROCEDURE 41(a)(1)(A)(ii)**

15

16  PORTFOLIO RECOVERY ASSOCIATION,
    LLC,

17

          Defendant.

18

19

20

21          On February 3, 2015, Plaintiff filed a motion to dismiss this action with prejudice as the parties

22  have reached a settlement.  Based upon the stipulation of the parties, this action is dismissed with

    prejudice in its entirety.  Each party shall bear its own costs and attorney fees.

23

24  IT IS SO ORDERED.

25  Dated:   February 12, 2015

26                                              SENIOR  DISTRICT  JUDGE

27

28